CURRY ADVISORS
A Professional Law Corporation
  K. Todd Curry (149360)
185 West F Street, Ste. 100
San Diego, California 92101
Telephone:  (619) 238-0004
Fax Number: (619) 238-0006
e-mail:  tcurry@currylegal.com

Counsel for Defendants
Soleil Management, LLC,
Club de Soleil Vacation Club, and
Tahiti Village Vacation Club

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL REED SUSSMAN,<br><br>          Plaintiff,<br><br>v.<br><br>SOLEIL MANAGEMENT, LLC;<br>CLUB DE SOLEIL VACATION<br>CLUB; and TAHITI VILLAGE<br>VACATION CLUB,<br><br>          Defendants.<br><br>_____ | CASE NO. 5:18-cv-01176-FMO (SHKx)<br><br>NOTICE OF MOTION AND<br>MOTION FOR PARTIAL<br>JUDGMENT ON THE PLEADINGS<br>AS TO THE THIRD CAUSE OF<br>ACTION<br><br>Date:     October 25, 2018<br>Time:     10:00 a.m.<br>Ct. Rm.: 6D<br>Hon. Fernando M. Olguin |

TO PLAINTIFF MITCHELL REED SUSSMAN AND HIS COUNSEL OF

RECORD:

     PLEASE TAKE NOTICE that on October 25, 2018, at 10:00 a.m., in

Courtroom 6D of the above-entitled Court located at 350 West First Street, Los

Angeles, California 90012, Defendants Soleil Management, LLC, Club De Soleil

Vacation Club, and Tahiti Village Vacation Club will and hereby do move for

partial judgment on the pleadings as to Plaintiff's Third Cause of Action contained

in the Complaint [Docket No. 1].

/ / /

This motion is and will be brought pursuant to F.R. Civ. P. 12(c), on the ground that Plaintiff fails to allege, and cannot allege, facts sufficient to establish that he has either Article III standing or prudential standing to bring the Third Cause of Action contained in the Complaint.

The motion is and will be based on the instant Notice of Motion and Motion, and on the Memorandum of Points and Authorities that is filed and served concurrently herewith.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on September 21, 2018.

WHEREFORE, Defendants pray for partial judgment on the pleadings as to the Third Cause of Action so that such cause of action shall be dismissed with prejudice, and for such other and further relief as may be just and proper.

Dated: September 27, 2018

CURRY ADVISORS
A Professional Law Corporation

/s/ K. Todd Curry

By: _____
K. Todd Curry
Counsel for Defendants
Soleil Management, LLC,
Club de Soleil Vacation Club, and
Tahiti Village Vacation Club
email:  tcurry@currylegal.com

-2-