MARC S. CWIK, ESQ.
Nevada Bar No. 006946
ADAM J. PERNSTEINER, ESQ.
Nevada Bar No. 007862
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
PH: 702.893.3383
FAX: 702.893.3789
E-Mail: Marc.Cwik@lewisbrisbois.com
E-Mail: Adam.Pernsteiner@lewisbrisbois.com

*Attorneys for Plaintiff Mitchell Reed Sussman*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| MITCHELL REED SUSSMAN, | CASE NO.: 2:18-cv-02218-JAD-PAL |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER [ECF NO. 82]** |
| vs. | |
| SOLEIL MANAGEMENT, et al.,, | **(First Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED between Plaintiff Mitchell Reed Sussman ("Plaintiff"), by and through his counsel of record, Marc S. Cwik, Esq., and Adam J. Pernsteiner, Esq., of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP and Soleil Management, LLC, Club De Soleil Vacation Club, and Tahiti Village Vacation Club ("Defendants"), by and through their counsel of record Jeffrey R. Hall and Joshua O. Igeleke, Jr., of the law firm HUTCHISON & STEFFEN, PLLC pursuant to LR 6-1, 6-2 and 7-1, that the time for Plaintiff to file his Reply in Support of Motion for Protective Order [ECF No. 82] is hereby extended up to and including August 2, 2019. An extension is necessitated due to Plaintiff's counsel's commitment to a personal family matter the week of July 22, 2019.

4841-3445-6477.1

This is the first request for an extension and it is not intended to cause delay, but made in good faith after discussions between counsel.

DATED this 25th day of July 2019

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: /s/ *Marc S. Cwik*
MARC S. CWIK, ESQ.
Nevada Bar No. 006946
ADAM J. PERNSTEINER, ESQ.
Nevada Bar No. 007862
6385 S. Rainbow Bld., Suite 600
Las Vegas, NV 89118

*Attorney for Plaintiff*
*MITCHELL REED SUSSMAN*

DATED this 25th day of July 2019

HUTCHISON & STEFFEN, PLLC

By: /s/ *Joshua O. Igeleke, Jr.*
JEFFREY R. HALL, ESQ.
Nevada Bar No. 009572
JOSHUA O. IGELEKE, JR., ESQ.
Nevada Bar No. 013506
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys For Defendants,*
*SOLEIL MANAGEMENT, LLC, CLUB DE*
*SOLEIL VACATION CLUB, AND TAHITI*
*VILLAGE VACATION CLUB*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 30, 2019

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of **LEWIS BRISBOIS BISGAARD & SMITH LLP**, and that on this 25th day of July, 2019, I served the above and foregoing copy of **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER [ECF NO. 82]** by placing a true and correct copy in the U.S. Mail addressed to the following:

Jeffrey R. Hall, Esq.
**HUTCHISON & STEFFEN**
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendants*

By  /s/ *Susan Awe*
       an Employee of LEWIS BRISBOIS BISGAARD
       & SMITH LLP