**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mitchell Reed Sussman,<br><br>    Plaintiff<br>v.<br><br>Soleil Management, LLC, et al.,<br><br>    Defendants | Case No. 2:18-cv-02218-JAD-BNW<br><br>**Order Adopting Report and Recommendation and Denying Motion for Leave to Amend**<br><br>[ECF Nos. 63, 100] |

Defendants Club De Soleil Vacation Club and Tahiti Village Vacation Club move for leave to amend their answers so that they can assert counterclaims in this case.[1] Magistrate Judge Brenda Weksler has thoughtfully considered the parties' briefing and recommends that I deny the motion.[2] The deadline to challenge that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 100] is ADOPTED** in full and the Motion for Leave to Amend Defendants' Answers **[ECF No. 63] is DENIED** for the reasons stated in the R&R.[4]

Dated: November 16, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 63.

[2] ECF No. 100.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

[4] ECF No. 100.